IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ACORD and JAMES ACORD, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 12-814 |
| ) | |
| FLORENCE MONTELONE and ) | |
| GREATER PENNSYLVANIA ) | |
| CARPENTERS' MEDICAL PLAN, ) | |
|     Defendants. ) | |

### ORDER

AND NOW, this 15 day of June, 2012, it appears that the instant civil action, removed by defendant Greater Pennsylvania Carpenters' Medical Plan, arises from a complaint filed in the Circuit Court of Brooke County, West Virginia at Case No. 12-C-69. As stated in 28 U.S.C. 1444 (a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division *embracing the place where such action is pending* " (emphasis added). In this case, the proper venue would be the United States District Court for the Northern District of West Virginia, Wheeling Division.

Therefore, IT IS HEREBY ORDERED that the Clerk of Court shall transfer the instant action to the United States District Court for the Northern District of West Virginia, Wheeling Division, forthwith.

BY THE COURT:

/s/ *signature*, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record